App. Dist. Certiorari denied. JUSTICE KENNEDY took no part in the consideration or decision of this petition.

No. 91–7237. MCFADDEN v. DERWINSKI, SECRETARY OF VETERANS AFFAIRS, 503 U. S. 947;

No. 91–8106. HAGMANN v. UNITED STATES, *ante*, p. 835;

No. 91–8330. MCLEAN v. COMMONWEALTH COURT OF PENNSYLVANIA ET AL., *ante*, p. 839;

No. 91–8445. BACIGALUPO v. CALIFORNIA, *ante*, p. 802;

No. 91–8473. PRENZLER v. KLEINMAN, *ante*, p. 844;

No. 91–8481. PRENZLER v. KLEINMAN, *ante*, p. 844;

No. 92–140. GREENMAN ET UX. v. CITY OF CORTLAND, *ante*, p. 867;

No. 92–5464. RAYMOND v. DEPARTMENT OF VETERANS AFFAIRS, *ante*, p. 898; and

No. 92–5629. IN RE JOHNSON, *ante*, p. 812. Petitions for rehearing denied.

## NOVEMBER 16, 1992

No. 91–1328. CITY OF CHICAGO ET AL. v. ENVIRONMENTAL DEFENSE FUND ET AL. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the memorandum of the Administrator of the Environmental Protection Agency, dated September 18, 1992, regarding Exemption for Municipal Waste Combustion Ash From Hazardous Waste Regulation Under § 3001(i) of the Resource Conservation and Recovery Act.

No. — — —. FLYNN v. MICHIGAN ET AL. Motion to direct the Clerk to file complaint denied.

No. D–1150. IN RE DISBARMENT OF DEUTSCH. Disbarment entered. [For earlier order herein, see 505 U. S. 1240.]

No. D–1153. IN RE DISBARMENT OF KIRKMAN. Disbarment entered. [For earlier order herein, see 505 U. S. 1241.]

No. D–1155. IN RE DISBARMENT OF UNPINGCO. Disbarment entered. [For earlier order herein, see 505 U. S. 1241.]